IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACKTIME, LLC, | ) |
|         Plaintiff, | ) ) ) |
|     v. | ) ) Civil Action No. 1:18-CV-01518-MN |
| AMAZON.COM, INC., AMAZON.COM LLC, AMZN MOBILE LLC, AMAZON WEB SERVICES, INC., AMAZON DIGITAL SERVICES LLC, and AUDIBLE, INC., | ) ) **JURY TRIAL DEMANDED** ) ) ) |
|         Defendants. | ) ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants hereby respectfully move to dismiss the complaint in the above action with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are fully set forth in defendants' accompanying opening brief.

Respectfully submitted,

*Of Counsel:*

J. David Hadden
Saina S. Shamilov
Ravi Ranganath
Geoff Miller
FENWICK & WEST LLP
801 California Street
Mountain View, California 94041
(650) 988-8500

Todd Gregorian
Sapna Mehta
Earl Mah
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

November 30, 2018

*/s/ Steven J. Balick*
Steven J. Balick (#2114)
sbalick@ashbygeddes.com
Andrew C. Mayo (#5207)
amayo@ashbygeddes.com
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

Counsel for Defendants
AMAZON.COM, INC.,
AMAZON.COM LLC,
AMZN MOBILE LLC,
AMAZON WEB SERVICES, INC.,
AMAZON DIGITAL SERVICES LLC, and
AUDIBLE, INC.