IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACKTIME, LLC, )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>AMAZON.COM, INC., AMAZON.COM LLC, )<br>AMZN MOBILE LLC, AMAZON WEB )<br>SERVICES, INC., AMAZON DIGITAL )<br>SERVICES LLC, and AUDIBLE, INC., )<br>)<br>        Defendants. ) | Civil Action No.  1:18-CV-01518-MN<br><br>**JURY TRIAL DEMANDED** |

## ORDER

This _____ day of _____, 2018, defendants having moved to dismiss the complaint in the above action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and the Court having concluded that there are good grounds for the requested relief; now therefore,

    IT IS HEREBY ORDERED that defendants' motion is granted and that the complaint in this action is dismissed with prejudice.

 

_____
United States District Judge