**DEVLIN LAW FIRM LLC**
INTELLECTUAL PROPERTY LAW

1526 Gilpin Ave.
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

February 17, 2020

**VIA CM/ECF**
The Honorable Maryellen Noreika
United States District Judge
844 King Street
Wilmington, DE  19801

**RE:**   *TrackTime, LLC v. Amazon.com, Inc., et al.*, C.A. No. 18-1518 (MN)

Your Honor:

    Enclosed is the Parties' Proposed Scheduling Order pursuant to your Oral Order dated Jan. 8, 2020.

                                               Respectfully submitted,

                                               Timothy Devlin (No. 4241)



1526 Gilpin Ave.
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 17, 2020, a copy of the foregoing was served on counsel for all parties of record via the Court's CM/ECF system.

>  /s/  Timothy Devlin
> Timothy Devlin