## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACKTIME LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1518-MN |
| | ) |
| AMAZON.COM, INC. AMAZON.COM LLC, | ) |
| AMZN MOBILE LLC, AMAZON WEB | ) |
| SERVICES, INC., AMAZON DIGITAL | ) |
| SERVICES LLC, and AUDIBLE, INC., | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Entry dated June 30, 2023, the parties hereby submit a joint status report on mediation as ordered by the Court.

Plaintiff has made a settlement demand to Defendant and is awaiting a response. Given the current separation between the parties, and the positions of the parties on the substantive merits of the case, the parties are not greatly hopeful that they will be able to resolve the matter independently before trial.

While the parties believe that the chances of success with mediation are not high, given the settlement posture of the parties and the lack of success of the parties' prior attempt at mediation, all parties are willing to engage in mediation at the Court's discretion, and will participate with open minds.

| DUNLAP BENNETT & LUDWIG | ASHBY & GEDDES |
|---|---|
| /s/ Rolando Diaz | /s/ Steven J. Balick |
| Tracy L. Pearson (#5652)<br>Rolando Diaz (#5845)<br>1509 Gilpin Avenue, Suite 2<br>Wilmington, DE 19806<br>(302) 468-7340<br>tpearson@dbllawyers.com<br>rdiaz@dbllawyers.com | Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |