IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACKTIME, LLC, | ) |
|                 Plaintiff, | ) |
| v. | ) C.A. No. 18-1518 (MN) |
| AMAZON.COM SERVICES LLC and AUDIBLE, INC., | ) |
|                 Defendants. | ) |

**FINAL JUDGMENT**

At Wilmington this 26th day of September 2024, pursuant to Rule 54 of the Federal Rules of Civil Procedure and the Memorandum Opinion and Order entered by the Court on this date (D.I. 330, 331),

IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Defendants Amazon.com Services LLC and Audible, Inc. (collectively, "Defendants") and against TrackTime, LLC ("Plaintiff") that Defendants do not infringe claims 1 and 9 of U.S. Patent No. 8,856,638 ("the '638 Patent");

2. Judgment is entered in favor of Defendants and against Plaintiff that claims 1 and 9 of the '638 Patent are invalid as anticipated;

3. Judgment is entered in favor of Defendants and against Plaintiff that claims 1 and 9 of the '638 Patent are invalid as obvious;

4. Judgment is entered in favor of Defendants and against Plaintiff that claims 1 and 9 of the '638 Patent are patent ineligible under 35 U.S.C. § 101;

IT FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to within fourteen (14) days after the time for

2

appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, whichever is later, and no party shall file any such motion before that time.

_[signature: Maryellen Noreika]_  
The Honorable Maryellen Noreika  
United States District Judge